DAVID J. COOK, ESQ. (State Bar # 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 58,266

LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
Bradley E. Estes (Bar No. 298766)
bestes@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Petitioner
EDAG Engineering GmbH,
corporation organized and existing under the laws of the
Republic of Germany

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

EDAG Engineering GmbH,
corporation organized and existing
under the laws of the
Republic of Germany

Petitioner,

v.

BYTON North America Corporation,

Respondent.

**CASE NO: 3:21-cv-04736-EMC**

**ORDER APPOINTING CALIFORNIA SECRETARY OF STATE AGENT FOR BYTON NORTH AMERICA UNDER CA CORPORATIONS COD SECTION 1702(a)**

Date: December 3, 2021
Time: TBA
Location: via Judge Chen's Videoconference – Link

Petition Filed: June 23, 2021

Based on the Ex Parte Application to seek the Appointment of the California Secretary of State as the agent for service of process of Byton North America, a corporation, under California Corporation 1702(a), and the court finding good cause thereof on the ground that CT Corporation System resigned as Agent for Service of Process on November 19, 2021, and that BYTON Northern America, in 13 days failed and refused to replace CT Corporation System with someone else as the agent for service of process, and for good cause, therefore,

IT IS HEREBY ORDERED that the Secretary of State of the State of California under Corporations Code Section 1702 be and shall be appointed as the agent for the service of process on behalf of Byton North America, a Delaware Corporation, for all matters, filings, process, pleading, claims, and any papers for the right and remedies in the enforcement of a judgment, i.e., writ, notice, order, or other paper is required to be served under the Enforcement of Judgments Law.

Service shall be made upon the Byton North America by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service. Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.

IT IS FURTHER ORDERED that service be also made to Byton North America's last known address and email.

Dated: December 7, 2021

HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA