**DAVID J. COOK, ESQ. (State Bar # 060859)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA   94102
Mailing Address: P.O. Box 270
San Francisco, CA   94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 58,266

**LEWIS & LLEWELLYN LLP**
**Evangeline A.Z. Burbidge** (Bar No. 266966)
eburbidge@lewisllewellyn.com
**Marc R. Lewis** (Bar No. 233306)
mlewis@lewisllewellyn.com
**Kenneth M. Walczak** (Bar No. 247389)
kwalczak@lewisllewellyn.com
**Bradley E. Estes** (Bar No. 298766)
bestes@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Petitioner
EDAG ENGINEERING GMBH,
corporation organized and existing under the laws of the
Republic of Germany

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAG ENGINEERING GMBH, corporation organized and existing under the laws of the Republic of Germany,<br><br>    Petitioner<br>vs.<br><br>BYTON NORTH AMERICA CORPORATION,<br><br>    Defendants. | CASE NO. 3:21-cv-04736-EMC<br><br>ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 AND PURSUANT TO FRCP 4.1(a) |

Based upon the Declaration of David J. Cook, Esq., and finding that the following:

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080- CASE NO. 3:21-cv-04736-EMC   (DTBx)

employ registered process server with their address set forth below:

| | |
|---|---|
| DDS LEGAL SUPPORT SYSTEMS, INC.: | 123 South Figueroa, Suite 115 Los Angeles, CA 90012 |
| LEGALESE ATTORNEY SERVICES LLC.: | 705 F Street, Suite #1 &2 Sacramento, CA 95814 |
| TONY KLEIN, DBA SAN FRANCISCO ATTORNEY | 601 Van Ness, San Francisco, CA 94102 |

having filed certificates of registration with the counties thereof, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080 and other services required under the California EJL (C.C.P. Section 680.010) and FRCP 4.1(a), and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal(s) from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69, and upon ex parte application, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Petitioner EDAG ENGINEERING GMBH, corporation organized and existing under the laws of the Republic of Germany may employ the services of the following process servers:

| | |
|---|---|
| DDS LEGAL SUPPORT SYSTEMS, INC.: | 123 South Figueroa, Suite 115 Los Angeles, CA 90012 |
| LEGALESE ATTORNEY SERVICES LLC.: | 705 F Street, Suite #1 &2 Sacramento, CA 95814 |
| TONY KLEIN, DBA SAN FRANCISCO ATTORNEY | 601 Van Ness, San Francisco, CA 94102 |

perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080, under the California EJL (C.C.P. Section 680.010) and pursuant to FRCP 4.1(a).

IT IS FURTHER ORDERED that the following process servers

| | | |
|---|---|---|
| 1 | DDS LEGAL SUPPORT SYSTEMS, INC.: | 123 South Figueroa, Suite 115<br>Los Angeles, CA 90012 |
| 2 | LEGALESE ATTORNEY SERVICES LLC.: | 705 F Street, Suite #1 &2<br>Sacramento, CA 95814 |
| 5 | TONY KLEIN, DBA SAN FRANCISCO ATTORNEY | 601 Van Ness,<br>San Francisco, CA 94102 |

shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080, under the California EJL (C.C.P. Section 680.010), and pursuant to FRCP 4.1(a).

DATED: December 7, 2021

_____
HONORABLE EDWARD M. CHEN
JUDGE OF THE UNITED STATES DISTRICT COURT

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080- CASE NO. 3:21-cv-04736-EMC   (DTBx)