UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDAG Engineering GmbH,<br><br>    Petitioner,<br><br>v.<br><br>BYTON North America Corporation,<br><br>    Respondent. | Case No. 3:21-cv-04736-EMC<br><br>**ORDER AUTHORIZING EDAG ENGINEERING GMBH ("EDAG") TO REGISTER THE JUDGMENT IN OTHER DISTRICTS UNDER GOOD CAUSE PURSUANT TO 28 U.S.C. SECTION 1963**<br><br>Petition Filed: June 23, 2021 |

1

2    Based the Ex Parte Application for an Order Authorizing EDAG Engineering DMBH

3    ("EDAG") to register the Judgment in other districts under 28 U.S.C. Section 1963, and the Court

4    finding good cause for such relief, based on the evidence of flight by BYTON NORTH AMERICA,

5    the defendant herein ("BNA"), and finding that other assets might be held by JAMA Software which

6    is located in Oregon, and moreover that BNA has fled its office address of 4201 Burton Way, Santa

7    Clara, CA 95054  (Klein Declaration *Exhibit "B"*), that its CEO is located in Hong Kong

8    Declaration of Daniel I. Kirchert (*Exhibit "D")*  and that CT Corporation System resigned as agent

9    for BNA on November 19, 2021 (Record of the California Secretary of State, *Exhibit "A"*) during

10   the midst of ongoing litigation before this court, and for other matters on the record herein, and

11   goods cause therefore

12         IT IS ORDERED, ADJUDGED, AND DECREED that EDAG  has shown good cause in

13   permitting EDAG to register the judgment entered in this Court in any other District in the United

14   States herein under 28 USC Sec. 1963.

15         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that EDAG has the right and

16   interest to register the Judgment in the action in any District in the United States forthwith and

17   without any delay, notwithstanding any period of time by which BNA would file an appeal before

18   the Court of Appeal or the passage of 30 days from the date of entry of the Judgment herein.

19         IT IS FURHER ORDERED, ADJUDGED, AND DECREED that the CERTIFICATION

20   required to register the Judgment in another District shall include by attaching this Order to the

21   CERTIFICATION thereto and made a part of, and incorporated therein as though set forth therein.

Dated:  December 13, 2021

Honorable Edward M. Chen
Judge of the United States
District Court