**David J. Cook (SBN 60859)**
**COOK COLLECTION ATTORNEYS, PLC**
ATTORNEYS AT LAW
165 Fell Street
San Francisco, CA 94102
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
Cook@CookCollectionAttorneys.com

**LEWIS & LLEWELLYN LLP**
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
**Marc R. Lewis (**Bar No. 233306)
mlewis@lewisllewellyn.com
**Kenneth M. Walczak** (Bar No. 247389)
kwalczak@lewisllewellyn.com
**Bradley E. Estes** (Bar No. 298766)
bestes@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:   (415) 390-2127

Attorneys for Petitioner EDAG Engineering GmbH,
a corporation organized and existing under the laws
of the Republic of Germany

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDAG Engineering GmbH,<br><br>Petitioner,<br><br>v.<br><br>BYTON North America Corporation,<br><br>Respondent. | Case No. 3:21-cv-04736-EMC<br><br>**PROOF OF SERVICE**<br><br>Date: December 9, 2021<br>Time: 1:30 pm<br>Location: VideoConference via Judge Chen's e – Link<br><br>Petition Filed: June 23, 2021<br>  ***PROOF OF SERVICE ATTACHED** |

# PROOF OF SERVICE

**BYTON NORTH AMERICA CORPORATION**
4201 BURTON DR
SANTA CLARA, CA 95054
info@byton.com
FEDEX

**SADHA KAMESWARAN**
2260 TIOGA DR
MENLO PARK CA 94025
FEDEX

**WOMBLE BOND DICKINSON (US) LLP**
ATTN: IP DOCKETING
12400 WILSHIRE BOULEVARD SUITE 1120
LOS ANGELES, CA 90025
LESTER.VINCENT@WBD-US.COM
ENRIQUE.GARCIA@WBD-US.COM
FEDEX

**GONG L. CHEN**
1101 PACIFIC AVE, APT 501
 SAN FRANCISCO, CA 94133-4296
FEDEX

**BYTON LIMITED**
UNIT 1312, TOWER 1
LIPPO CENTRE, QUEENSWAY 89
HONG KONG
team@byton.com
FEDEX

**CALIFORNIA SECRETARY OF STATE**
1500 11TH STREET
3RD FLOOR, ROOM 390
SACRAMENTO, CA 95814
via Legalese,

**FMC CAYMAN**
WALKERS CORPORATE LIMITED,
CAYMAN CORPORATE CENTRE,
27 HOSPITAL ROAD, GEORGE TOWN,
GRAND CAYMAN KYL-9008, CAYMAN ISLANDS

**BYTON LIMITED**
LEVEL 19
TWO INTERNATIONAL FINANCE CENTER
8 FINANCE STREET, CENTRAL
HONG KONG

**KV CORPORATE SERVICES LIMITED**
SUITE 3002, 30/F., PROSPERITY TOWER,
39 QUEEN'S ROAD CENTRAL, HONG KONG
Email: jeffy.chong@johnkohandco.com

**EAST ASIA SENTINEL SERVICES LIMITED**
22ND FLOOR, TAI YAU BUILDING,
181 JOHNSTONROAD
 WANCHAI, HONG KONG

**MR. ZHANG YING**
EMAIL: ZHANGYING@FAW.COM.CN

**KEITH ANDREW SIPPRELLE**
VAN ETTEN SIPPRELLE LLP
2495 TOWNSGATE RD.
SUITE 200
WESTLAKE VILLAGE, CA 91361
EMAIL: KSIPPRELLE@VSTRIALLAW.COM

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

**EX PARTE APPLICATION FOR ISSUANCE OF THE FOLLOWING:  (A) TURNOVER OF INTELLECTUAL PROPERTY OF BYTON NORTH AMERICA CORP. ("BNA") to the U.S. MARSHAL ED CA ("MARSHAL") PURSUANT TO C.C.P. SECTION 699.040(a)&(b); (B) APPOINT A RECEIVER AS SURROGATE FOR BNA TO DIRECT JAMA SOFTWARE AS CUSTODIAN OF BNA IP TO TURNOVER TO THE MARSHAL, AND SALE BY MARSHAL PURSUANT TO C.C.P. SECTION 701.520(b) .**

**DECLARATION OF DAVID J. COOK ESQ., IN SUPPORT OF EX PARTE APPLICATION FOR ISSUANCE OF THE FOLLOWING:  (A) TURNOVER OF INTELLECTUAL PROPERTY OF BYTON NORTH AMERICA CORP. ("BNA") to the U.S. MARSHAL ED CA ("MARSHAL") PURSUANT TO C.C.P. SECTION 699.040(a)&(b); (B) APPOINT A RECEIVER AS SURROGATE FOR BNA TO DIRECT JAMA SOFTWARE AS CUSTODIAN OF BNA IP TO TURNOVER TO THE MARSHAL, AND SALE BY MARSHAL PURSUANT TO C.C.P. SECTION 701.520(b) .**

**PROOF OF SERVICE**

**[PROPOSED] ORDER TO TURNOVER OF INTELLECTUAL PROPERTY OF BYTON NORTH AMERICA CORP. ("BNA") to the U.S. MARSHAL ED CA ("MARSHAL") PURSUANT TO C.C.P. SECTION 699.040(a)&(b) AND APPOINT A RECEIVER AS SURROGATE FOR BNA TO DIRECT JAMA SOFTWARE AS CUSTODIAN OF BNA IP TO TURNOVER TO THE MARSHAL, AND SALE BY MARSHAL PURSUANT TO C.C.P. SECTION 701.520(b).**

on the above-named person(s) by:

___XXX___ (BY MAIL/FED EX) Placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above, or Federal Express as stated above, if an ECF party, service thereto.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December 20, 2021 at San Francisco, California.

                              /s/ DAVID J. COOK

**PROOF OF SERVICE**