UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAG ENGINEERING GMBH,<br><br>    Plaintiff,<br><br>v.<br><br>BYTON NORTH AMERICA CORPORATION,<br><br>    Defendant. | Case No. 21-cv-04736-EMC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 90, 107 |

The Court grants BYTON's ex parte application (ECF No. 107) and strikes EDAG's motion to compel (ECF No. 90) for failure to comply with Judge Chen's Civil Standing Order on Discovery, which disallows discovery motions without prior leave of court. EDAG's motion also violates Civil Local Rule 7-8(a) because it combined a motion to compel with a motion for sanctions. The Court orders the parties to meet and confer concerning the subpoenas at issue and to file a joint discovery letter brief by February 2, 2022. Now that discovery has been referred to the undersigned (*see* ECF No. 112), the letter brief should conform to the instructions in the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: January 26, 2022

THOMAS S. HIXSON
United States Magistrate Judge