LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
Bradley E. Estes (Bar No. 298766)
bestes@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

David J. Cook (Bar. No. 60859)
COOK COLLECTION ATTORNEYS, PLC
ATTORNEYS AT LAW
165 Fell Street
San Francisco, CA 94102
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
Cook@CookCollectionAttorneys.com

Attorneys for Petitioner EDAG Engineering GmbH,
a corporation organized and existing under the laws
of the Republic of Germany ("EDAG")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDAG Engineering GmbH,<br><br>    Petitioner,<br><br>    v.<br><br>BYTON North America Corporation,<br><br>    Respondent. | Case No. 3:21-cv-04736-EMC<br><br>**PETITIONER EDAG'S NOTICE OF MOTION AND MOTION TO CONFIRM THE ARBITRATOR'S NOVEMBER 8, 2021 ORDER**<br><br>Date:     June 30, 2022<br>Time:    1:30 p.m.<br>Location: via Judge Chen's Videoconference – Link<br>Judge:   Hon. Edward M. Chen |

# NOTICE OF MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 30, 2022 at 1:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Edward M. Chen, in Courtroom 5 – 17th Floor, of the United States District Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102 (or remotely, as authorized by the Court and Judge Chen), Petitioner EDAG Engineering Group GmbH, a corporation organized and existing under the laws of the Republic of Germany ("EDAG"), will and does move the Court for an order confirming the November 8, 2021 Order of the Arbitrator, Hon. William J. Cahill (Ret.), in this matter.

Petitioner's motion is based on this Notice of Motion; the Opposition to Motion to Vacate the Arbitrator's November 8, 2021 Order, the [Proposed] Orders submitted with this document and with the Opposition to Motion to Vacate; the Petition in this matter; all other documents and pleadings on file; all matters of which the court may take judicial notice under Federal Rule of Evidence 201, and such oral and written argument and evidence as may be presented at the hearing hereof.

Dated:  March 1, 2022                              Respectfully submitted,

                                                   LEWIS & LLEWELLYN LLP


                                                   By:   /s/ Kenneth M. Walczak
                                                        Evangeline A.Z. Burbidge
                                                        Marc R. Lewis
                                                        Kenneth M. Walczak

                                                        Attorneys for Petitioner EDAG
                                                        ENGINEERING GMBH

# MEMORANDUM OF POINTS AND AUTHORITIES

EDAG Engineering GmbH, a corporation organized and existing under the laws of the Republic of Germany ("EDAG"), incorporates by reference the entirety of its Opposition to Motion to Vacate the Arbitrator's November 8, 2021 Order, and all arguments contained therein.

For the reasons set forth in that Opposition brief, the Court should confirm the Arbitrator's November 8, 2021 Order, affirm EDAG's property interest in the intellectual property currently held on JAMA servers, and make the Arbitrator's injunctive relief provisions permanent.

Dated:  March 1, 2022                    Respectfully submitted,

                                         LEWIS & LLEWELLYN LLP


                                         By:  /s/ Kenneth M. Walczak
                                         Evangeline A.Z. Burbidge
                                         Marc R. Lewis
                                         Kenneth M. Walczak

                                         Attorneys for Petitioner EDAG
                                         ENGINEERING GMBH