UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAG ENGINEERING GMBH,<br><br>        Plaintiff,<br><br>    v.<br><br>BYTON NORTH AMERICA CORPORATION,<br><br>        Defendant. | Case No. 21-cv-04736-EMC (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 135 |

The parties have filed a second joint discovery letter brief at ECF No. 135. As discussed at the hearing, some of EDAG's RFPs are very broad, and EDAG has not narrowed them in any way during meet and confer. For example, RFP 9 seeks (among other things) all of BYTON's utility bills – electric, gas, water, garbage, cable, internet – for the last four years. As another example, RFP 3 seems to seek all of BYTON's communications with everyone about anything during the last four years. This letter brief is not what results from a productive meet and confer. Accordingly, the Court denies ECF No. 135 without prejudice. The Court orders the parties to meet and confer further regarding the RFPs at issue in this letter brief and to file a further joint discovery letter brief within 14 days if they are unable to resolve their dispute.

**IT IS SO ORDERED.**

Dated: March 31, 2022

THOMAS S. HIXSON
United States Magistrate Judge