David J. Cook (SBN 60859)
COOK COLLECTION ATTORNEYS, PLC
ATTORNEYS AT LAW
165 Fell Street
San Francisco, CA 94102
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
Cook@CookCollectionAttorneys.com

LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Marc R. Lewis (Bar No. 233306)
mlewis@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
Bradley E. Estes (Bar No. 298766)
bestes@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127

Attorneys for Petitioner EDAG Engineering GmbH,
a corporation organized and existing under the laws
of the Republic of Germany ("EDAG")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDAG Engineering GmbH,<br><br>Petitioner,<br><br>v.<br><br>BYTON North America Corporation,<br><br>Respondent | Case No. 3:21-cv-04736-EMC<br>**ORDER TO CONFIRM STIPULATION TO RESET DATES FOR HEARING MOTION TO AMEND (DOC. # 71 AND # 72) PURSUANT TO LOCAL RULE 7-12 AND RESETTING DATES FOR OPPOSITION AND REPLY THEREOF**<br><br>Judge: Honorable Edward M. Chen [Video-ZOOM hearing)<br><br>Petition Filed: June 23, 2021 |

PURSUANT TO STIPULATION BY AND BETWEEN PLAINTIFF EDAG ENGINEERING GMBH AND DEFENDANT BYTON NORTH AMERICA CORPORATION TO RESET HEARING ON THE MOTION TO AMEND (DOC. # 71 & #72), AND RELATED PENDING MOTION WHICH WERE ADVANCED TO THE HEARING DATE FOR THE MOTION TO AMEND, AND GOOD CAUSE, AND THEREFORE:

IT IS SO ORDERED:

1. The current hearing date for the Motion to Amend (Doc. # 71 and #72) is set for September 29, 2022, set by the court, based on Application (Local Rule 7-11) for September 29, 2022. (Doc. # 166)

2. Pursuant to Local Rule 7-11(b), the EDAG Engineering GmbH ("EDAG") and Byton North America Corporation ("Byton N.A.") have stipulated to the resetting the current date of September 29, 2022, and the dates of August 25, 2022 to file an Amended Motion to Amend thereof, September 8, 2022 for opposition thereof, and September 15, 2022 for the reply thereof, and to a new date of January 26, 2023, and the parties hereof stipulate to the following dates below:

A. In addition to any prior relief (Doc. # 166), to incorporate the same in its entirety, and the resetting of hearing of September 29, 2022 to January 26, 2023 to allow EDAG to supplement and amend the Motion to Amend with any and all new arguments, and all new evidence, i.e. testimony from various pending depositions (Breitfeld and Oto among many others), and the production of any and all current and new records, no matter what, and provide new arguments and evidence, any records and testimony therein thereof.

B. "Orders in Abeyance" from previous Motions, and like orders, for the following: Orders: Doc. #89 and # 169, or any other Orders held in Abeyance thereof, and that the Orders of Abeyance are pending with concurrence to the pending Motion to Amend (Doc. # 71 & # 72) and integrated and made a part thereof and incorporated therein of the new date of January 26, 2023.

C. Set the new date(s) for the hearing on January 26, 2023 with the following dates:

1. Date for the filing of the EDAG Amended, Supplemental and New Motion to Amend (#71 and #72), and any and all new and additional arguments, and all new and additional declarations, depositions, testimony, memorandum, and evidence, and the like thereof, on December 22, 2022.

//
//
//

1

ORDER TO CONFIRM STIPULATION TO RESET DATES FOR HEARING MOTION TO AMEND (DOC. # 71 AND # 72) PURSUANT TO LOCAL RULE 7-12 AND RESETTING DATES FOR OPPOSITION AND REPLY THEREOF

2. Date for the filing of the Opposition by Byton N.A. would be January 5, 2023.

3. Date for the filing of the EDAG's reply would be January 12, 2023.

**PURSUANT TO STIPULATION, IT SO ORDERED.** (~~July~~ August __1__, 2022)

_____
EDWARD M. CHEN
JUDGE OF THE UNITED STATES
DISTRICT COURT N.D. CA