AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

EDAG Engineering GmbH,

                    Plaintiff (s),

V.

BYTON North America Corporation,

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cv-04736-EMC

Notice is hereby given that, subject to approval by the court, **EDAG Engineering GmbH** (Party (s) Name) substitutes **Michael Wallin** (Name of New Attorney), State Bar No. **240344** as counsel of record in place of **Evangeline Burbidge** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Wallin & Russell LLP |
| Address: | 26000 Towne Centre Dr, Ste 130, Foothill Rnch, CA 92610-3444 |
| Telephone: | (949) 652-2200    Facsimile (949) 652-2210 |
| E-Mail (Optional): | mwallin@wallinrussell.com |

I consent to the above substitution.
Date: 8/15/2022

*(Signature of Party (s))*
EDAG Engineering GmbH
Kreuzberger Ring 40
65205 Wiesbaden

I consent to being substituted.
Date: 8/15/2022

*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 8/15/2022

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]